# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

―――――――――――――

## No. 201800165

―――――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## Christopher I. ANYADIKE
Gunnery Sergeant (E-7), U.S. Marine Corps
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Michael D. Libretto, USMC.
For Appellant:  Captain Jeremiah J. Sullivan III, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 9 October 2018

―――――――――――――

Before FULTON, CRISFIELD, and KOVAC, *Appellate Military Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court